AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Sean Charles Dunn | ) Case: 1:25-mj-00138 |
| DOB: XXXXXX | ) Assigned To : Upadhyaya, Moxila A. |
|  | ) Assign. Date : 8/13/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _August 10, 2025_ in the county of _____ in the
_____ in the District of _Columbia_ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |

18 U.S.C. § 111(a)(1) (Assaulting, resisting, or impeding certain officers and employees of the United States) .

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Daina Henry, Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/13/2025

*Judge's signature*

City and state:   Washington, D.C.   Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*