UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 25-MJ-00138** |
| | : | |
| **SEAN CHARLES DUNN,** | : | **VIOLATION:** |
| | : | |
| Defendant. | : | 18 U.S.C. § 111(a)(1) |
| | : | Assaulting, Resisting, or Impeding Certain |
| | : | Officers or Employees) |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

On or about August 10, 2025, within the District of Columbia, **SEAN CHARLES DUNN**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, G.L., an agent with the U.S. Customs and Border Protection, while such person was engaged in and on account of the performance of official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1))

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

_____
JONATHAN R. HORNOK
Assistant United States Attorney Chief of the
Criminal Division

1