# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 25-CR-252 (CJN)** |
| **v.** | **:** | |
| | **:** | |
| **SEAN CHARLES DUNN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## MOTION FOR AN ORDER TO DISCLOSE GRAND JURY TESTIMONY

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e).  The United States has contacted defense counsel and is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached order.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,
JEANINE FERRIS PIRRO.
UNITED STATES ATTORNEY

By:    */s/ John Parron*
John Parron
PA Bar No. 324503 / N.Y. Bar No. 5808522
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 252-6885
John.Parron@usdoj.gov

Dated: September 30, 2025

1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 25-CR-252 (CJN)** |
| **v.** | **:** | |
| | **:** | |
| **SEAN CHARLES DUNN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**[PROPOSED] ORDER**

Upon consideration of the United States's motion to disclose items protected by

Federal Rule of Criminal Procedure 6(e), it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by

Federal Rule of Criminal Procedure 6(e).

Date: _____

_____
THE HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE