UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,

v.

Sean Dunn,

Defendant.

Case No. 25-cr-252 (CJN)

## UNOPPOSED MOTION TO AMEND MOTIONS SCHEDULE

With no objection from the government, Mr. Dunn through his counsel Sabrina Shroff, requests the following modification of the motions schedule set forth in ECF # 12.

Should the Court grant this motion, pretrial and *in limine* motions would be due on October 15, 2025, and the oppositions would be due on October 27, 2025. Replies would be due on October 29, 2025.

Dated: October 1, 2025

/s/
Sabrina P. Shroff
80 Broad Street, 19th Floor
New York, NY 10004

*Attorney for Sean Dunn*