AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cr-252 (CJN) |
| Sean Dunn | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sean Dunn.

Date: 10/06/2025

/s/ Nicholas Silverman
*Attorney's signature*

Nicholas Silverman (Bar No. 1014377)
*Printed name and bar number*

Steptoe LLP
1330 Connecticut Ave. NW
Washington, DC 20036
*Address*

nsilverman@steptoe.com
*E-mail address*

(202) 429-8096
*Telephone number*

*FAX number*