UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | Case No. 25-cr-00252 (CJN) |
| v. ) | |
| Sean Dunn, ) | |
|     Defendant. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2 of the Local Rules of the United States District Court for the District of Columbia, Defendant, Sean Dunn ("Defendant"), through the undersigned counsel, moves this Court to permit Julia Gatto to appear *pro hac vice* for the Defendant in the above-entitled action. The Declaration for Pro Hac Vice Admission required by Rule 83.2(d) is attached.

The undersigned, Nicholas P. Silverman, is a member in good standing of the Bar of the District Columbia and admitted to practice before the United States District Court for the District of Columbia, and hereby consents to serve as associated co-counsel and attorney of record for all papers submitted by Ms. Gatto in this case consistent with Rule 83.2(c)(1). A proposed order is attached hereto.

Dated: October 6, 2025                    Respectfully submitted

                                                                      /s/ Nicholas P. Silverman
Nicholas P. Silverman (Bar No. 1014377)
STEPTOE LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: 202-429-3000
Facsimile: 202-429-3902
nsilverman@steptoe.com

*Counsel for Defendant*
*Sean Dunn*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 6th day of October 2025, the foregoing was electronically field with the Clerk of Court using the Court's CM/ECF system that will automatically send email notification of such filing to all counsel of record.

/s/ Nicholas P. Silverman