# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 25-CR-252 (CJN) |
| SEAN CHARLES DUNN, | |
| *Defendant*. | |

### DEFENDANT SEAN CHARLES DUNN'S NOTICE OF MOTION TO DISMISS THE INFORMATION FOR VINDICTIVE AND SELECTIVE PROSECUTION

Defendant Sean Charles Dunn, through counsel, hereby moves this Court to dismiss the charges filed against him in the Information on the basis of vindictive and selective prosecution.

For the reasons set forth in the accompanying Memorandum of Law, Dunn respectfully requests that his motion be granted.

A proposed Order is attached.

Respectfully submitted,

*/s/*
Sabrina P. Shroff (D.D.C. Bar No. NY0481)
80 Broad Street, 19th Floor
New York, NY 10004
Tel: (646) 763-1490
sabrinashroff@gmail.com

Julia Gatto (*Pro Hac Vice*)
STEPTOE LLP
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 506-3900
Fax: (212) 506-3950
jgatto@steptoe.com

                        Nicholas Silverman (D.D.C. Bar No. 1014377)
                        STEPTOE LLP
                        1330 Connecticut Avenue, N.W.
                        Washington, DC  20036-1795
                        Tel: (202) 429-3000
                        Fax: (202) 429-3902
                        nsilverman@steptoe.com

                        *Counsel for Defendant*
                        *Sean Charles Dunn*

Dated: October 15, 2025