## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SEAN CHARLES DUNN,<br><br>*Defendant*. | Case No. 25-CR-252 (CJN) |

## **PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Motion to Strike Surplusage, all memoranda in support and opposition thereof, and the entire record in this matter is hereby ORDERED:

1. The Motion is GRANTED for the reasons stated by Defendant Sean Charles Dunn;

2. The terms "resist, oppose, impede, intimidate, and interfere with" in the Information are surplusage and are stricken as proposed in Dunn's Motion; and

3. The government shall file an amended version of the Information reflecting this Order.

4. The government is prohibited from arguing that Dunn is guilty based on non-assaultive conduct and evidence is not admissible for that purpose.

SO ORDERED.

**Dated**: _____                                        _____
                                                                                                The Honorable Carl J. Nichols
                                                                                                United States District Judge