## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Motion to Strike Surplusage, and accompanying papers, was served via ECF, this 15th day of October 2025, upon all attorneys included on the ECF notice in case number 1:25-CR-00252 (CJN).

*Nicholas Silverman*
**STEPTOE LLP**

*Counsel for Defendant Sean Charles Dunn*