UNITED STATE DISTRICT COURT
THE DISTRICT OF COLUMBIA
--------------------------------------------------------------- X

| | |
|---|---|
| UNITED STATES OF AMERICA, | 25-cr-252 (CJN) |
| v. | NOTICE OF APPEARANCE |
| SEAN DUNN | |
| Defendant. | |

--------------------------------------------------------------- X

PLEASE TAKE NOTICE that JULIA GATTO, Esq., of Steptoe, LLP, 1114 Avenue of Americas, New York, NY 10036, is appearing for Defendant Sean Dunn in the above captioned matter.

I hereby certify that I am an attorney duly admitted to practice in this Court *pro hac vice*.

Dated: October 17, 2025           STEPTOE, LLP
       New York, NY

                                  By:   */s/ Julia Gatto*
                                        Julia Gatto
                                        1114 Avenue of the Americas
                                        New York, NY 10036
                                        Phone: 212.378.7587
                                        Fax: 212.506.3950
                                        E-mail: jgatto@steptoe.com