UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 25-cr-252 (CJN) |
| v. | : | |
| | : | |
| **SEAN CHARLES DUNN** | : | |
| | : | |
| **Defendant.** | : | |

## WITNESS LIST

**A. Government Witnesses**

    a. Witnesses the government anticipates calling at trial

        i. Agent Gregory Lairmore

        ii. Agent Jose Trejo

    b. Witnesses the government may call at trial

        i. Detective Daina Henry

        ii. Officer Taylor McDonald

        iii. Officer Gurkaranjot Thambi

    c. Witnesses presented by deposition or prior testimony

        i. None

**B. Defense Witnesses**

    a. Witnesses the defense anticipates calling at trial

    b. Witnesses the defense may call at trial

        i. Kenneth Blanchard

        ii. Sean Dunn

        iii. Casey Owen Durst

        iv. Keith Gillan

        v. Abelino Reyna

        vi. A Reader/Summary Witness

   c. Witnesses presented by deposition or prior testimony

        i. None