UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | |
| | : | Case No. 1:25-cr-252 (CJN) |
| | : | |
| SEAN CHARLES DUNN, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Date | Description | Basis |
|---|---|---|---|
| 1000 | N/A | Map | Provides context for the events |
| 2000 | August 10, 2024 | CCTV | Captures the events |
| | | Clips / Stills from CCTV | |
| 3000 | August 10, 2024 | Body Worn Camera footage (BWC) – 20250810-APO_Arrest-1442_U_Street_NW.mp4 | Captures interactions following the events |
| | | Clips/ Stills from 2000 | |
| 3001 | August 10, 2024 | BWC footage – 20250810-detective's_Henry_arrest-1400_U_Street_NW.mp4 | Captures interactions following the events |
| | | Clips/ Stills from 2001 | |
| 3002 | August 10, 2024 | BWC Footage – 20250810-APO-1442_U_ST_NW.mp4 | Captures interactions following the events |
| | | Clips/ Stills from 2002 | |
| 3003 | August 10, 2024 | BWC footage – ASSIST-_1620_V_ST_NW.mp4 | Captures interactions following the events |
| | | Clips/ Stills from 2003 | |
| 4000 | August 10, 2024 | Social Media Post #1 – X Video.mp4 | Captures the events |
| | | Clips/ Stills from 3000 | |
| 4001 | August 10, 2024 | Social Media Post #2 – APO_Offesne_Footage.mp4 | Captures the events |
| | | Clips/ Stills from 3001 | |
| 5000 | August 10, 2024 | Photo – 27dc-takeover-cgtf-superJumbo.jpg | Captures the events |
| 5001 | August 10, 2024 | Photo – cfd16b20-7953-11f0-aa6-d3dc859efb2f.jpg | Captures the events |

1

| 5002 | August 10, 2024 | Photo – GettyImages-2228826922 | Captures the events |
| 6000 | August 10, 2024 | Email - Re_ (Volunteers) Making The District Of Columbia Safe and Beautiful.pdf | Explains CBP presence on the night of the events |
| 6001 | August 10, 2024 | Email - Re_ TAK Support to Making DC Safe and Beautiful.pdf | Explains CBP presence on the night of the events |
| 6002 | March 27, 2025 | Executive Order - Making-DC-Safe-and-Beautiful.eo_.pdf | Explains CBP presence on the night of the events |

**_DEFENSE OBJECTIONS_**:  *Mr. Dunn expressly reserves all rights to object at trial to the admission of the Government's proposed exhibits on any applicable evidentiary grounds.*