United States Code Annotated
  Title 18. Crimes and Criminal Procedure (Refs & Annos)
    Part I. Crimes
      Chapter 7. Assault

This section has been updated. Click here for the updated version.

18 U.S.C.A. § 111

§ 111. Assaulting, resisting, or impeding certain officers or employees

**(a) In general.**--Whoever--

**(1)** forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties; or

**(2)** forcibly assaults or intimidates any person who formerly served as a person designated in section 1114 on account of the performance of official duties during such person's term of service,

shall, where the acts in violation of this section constitute only simple assault, be fined under this title or imprisoned not more than one year, or both, and in all other cases, be fined under this title or imprisoned not more than three years, or both.

**(b) Enhanced penalty.**--Whoever, in the commission of any acts described in subsection (a), uses a deadly or dangerous weapon or inflicts bodily injury, shall be fined under this title or imprisoned not more than ten years, or both.

### CREDIT(S)

(June 25, 1948, c. 645, 62 Stat. 688.)

(As amended Nov. 18, 1988, Pub.L. 100-690, Title VI, § 6487(a), 102 Stat. 4386; Sept. 13, 1994, Pub.L. 103-322, Title XXXII, § 320101(a), 108 Stat. 2108.)

18 U.S.C.A. § 111, 18 USCA § 111
Current through P.L. 119-36. Some statute sections may be more current, see credits for details.

**End of Document**                                     © 2025 Thomson Reuters. No claim to original U.S. Government Works.