XQLWHG#VWDWHV#GLVWULFW#FRXUW#
IRU#WKH#GLVWULFW#RI#FROXPELD#

XQLWHG#VWDWHV#RI#DPHULFD/#

y1#

VHDQ#FKDUOHV#GXQQ/#

Ghihqgdqw1#

Fdvh#Qr1#580FU0585#FMQ,#

GHIHQGDQWV#SURSRVHG#MXU\#LQVWUXFWLRQV#EDVHG#RQ#LQFOXVLRQ#
RI#QRQODVVDXOWLYH#SURKLELWLRQV#

Lq#oljkw#ri#wkh#Frxuw'v#ghwhuplqdwlrq#wr#lqvwuxfw#wkh#mxu|#rq#uhvlvwlqj/#rssrvlqj/#

lpshglqj/#lqwlplgdwlqj/#ru#lqwhuihulqj#wlwk#d#odz#hqirufhphqw#riilfhu#wkh#ghihqvh#

uhvshfwixoo|#uhtxhvw#wkdw#wkh#mxu|#eh#lqvwuxfwhg#dv#iroorzv=#

L1    ILUVW#DPHQGPHQW#SURWHFWLRQV#

Wkh#Iluvw#Dphqgphqw#wr#wkh#Xqlwhg#Vwdwhv#Frqvwlwxwlrq#jxdudqwhhv#wkh#uljkw#wr#

iuhh#vshhfk/#lqfoxglqj#wkh#uljkw#wr#frpsodlq#derxw#sxeolf#sroly|1##Wklv#surwhfwlrq#lv#dw#

wkh#fruh#ri#rxu#ghprfudwlf#v|vwhp#dqg#uhdihfw#d#surirxqg#qdwlrqdo#frpplwphqw#wr#

xqlqklelwhg/#urexvw/#dqg#zlgh0rshq#ghedwh#rq#sxeolf#lvvxhv1##Wr#wkh#h{whqw#wkdw#Pu1#

Gxqq'v#vshhfk#lv#surwhfwhg#e|#wkh#Iluvw#Dphqgphqw/#|rx#fdqqrw#frqylfw#Pu1#Gxqq#rq#

---

4#Vq|ghu#y1#Skhosv/#895#X1V1#776/#784085#5344,#txrwlqj#Gxq#)#Eudgvwuhhw/#Lqf1#y1#
Juhhqprvv#Exloghuv,#Lqf1/#7;5#X1V1#:7</#8:0:8<#4<;,,#Vhh#dovr#Mxu|#Lqvwu1/#Xqlwhg#Vwdwhv#
y1#Gxnhv/#Qr1#7=4;0FU033430MKP,#534;W#O/76;43<3#Z1G1N|#Mxqh#48/534;,#ǎWkh#Iluvw#
Dphqgphqw#ri#wkh#Frqvwlwxwlrq#surwhfw#wkh#uljkw#ri#lqglylgxdov#wr#frpsodlq#derxw#sxeolf#
riilfldov/#zklfk#lqfoxghv#wkh#uljkw#wr#frpsodlq#wr#wkh#jryhuqphqw#derxw#wkh#frqgxfw#ri#sxeolf#
riilfldov#zlwkrxw#ehlqj#uhwdoldwhg#djdlqvw#iru#wkrvh#frpsodlqwv1ǐ1#

5#Vq|ghu/#895#X1V1#dw#785#txrwlqj#Qhz#\run#Wlphv#Fr1#y1#Vxoolydq/#6:9#X1V1#587/#5:3#
+4<97,,1#

Pu1#Gxqqÿv#vshhfk#ri#surwhfwhg#vshhfk#fdqqrw#frqvwlwxwh#dvvdxow/#uhvlvwdqfh/#

lqwlplgdwlrq/#rssrvlwlrq/#lpshglphqw/#lqwlplgdwlrq/#ru#lqihuhqfh#iru#sxusrvhv#ri#

dsso|lqj#|#rwkhu#lqvwuxfwlrqv1##

Wkh#rqo|#flufxpvwdqfh#lq#zklfk#|rx#fdq#frqylfw#Pu1#Gxqq#edvhg#rq#klv#vshhfk#lv#

li#|rx#ilqg#wkdw#wkh#jryhuqphqw#kdv#suryhq#eh|rqg#d#uhdvrqdeoh#grxew#wkdw#Pu1#Gxqqÿv#

vshhfk#frqvwlwxwhg#Šiljkwlqj#zrugv‹#dv#L#zloo#ghilqh#wkdw#whup1#ŠIljkwlqj#zrugv#duh#

zrugv#wkdw#e|#wkhlu#yhu|#xwwhudqfh#lqiolfw#lqmxu|#ru#whqg#wr#lqflwh#dq#lpphgldwh#euhdfk#

ri#wkh#shdfh1##Wklv#whvw#lv#sduwlfxoduo|#gliilfxow#wr#phhw#lq#fdvhv#lqyroylqj#zrugv#

dgguhvvhg#d#odz#hqirufhphqw#riilfhu/#ehfdxvh#d#surshuo|#wudlqhg#riilfhu#pd|#uhdvrqdeo|#

eh#h{shfwhg#wr#h{huflvh#d#kljkhu#ghjuhh#ri#uhvwudlqw#wkdq#wkh#dyhudjh#flwl}hq#dqg#wkxv#eh#

dhvv#olnho|#wr#uhvsrqg#ehooljhuhqwo|#wr#iljkwlqj#zrugv1##\rx#fdq#rqo|#frqvlghu#Pu1

---

463/#465#4<:7,#vwulnlqj#grzq#vwdwxwh#pdnlqj#lw#Šxqodzixo#wr#fxuvh#ru#uhyloh#ru#wr#xvh#
revfhqh#ru#rssureulrxv#odqjxdjh#wrzdug#ru#zlwk#uhihuhqfh#wr#d#srolfh#riilfhu#zkloh#lq#
shuirup dqfh#ri#klv#gxwlhvõ,#Yhoo}txh}#y1#Flw|#ri#Orqj#Ehdfk/#:<6#I6g#4343/#4353#+<wk#Flu1#
5348,#ŠZ kloh#srolfh#11#p d|#uhvhqw#kdylqj#revfhqh#zrugv#dqg#jhvwxuh#gluhfwhg#dw#wkhp #11#
wkh|#p d|#qrw#h{huflvh#wkh#dz hvrp h#srz hu#dw#wkhlu#glvsrvdo#wr#sxqlvk#lqglylgxdov#iru#
frqgxfw#wkdw#lv#qrw#p huho|#odz ixo/#exw#surwhfwhg#e|#wkh#Iluvw#Dp hqgphqw1#Lqghhg/#dq#
h{suhvvlrq#ri#glvdssurydo#wrzdug#d#srolfh#riilfhu#11#idoov#vtxduho|#z lwklq#wkh#surwhfwlyh#
xp euhoo#ri#wkh#Iluvw#Dp hqgphqw#dqg#dq|#dfwlrq#wr#sxqlvk#ru#ghwhu#vxfk#vshhfk00vxfk#dv#
vwrsslqj#ru#kdvvolqj#wkh#vshdnhu00lv#fdwhjrulfdoo|#surklelwhg#e|#wkh#Frqvwlwxwlrq1õ,#Vwdwh#y1#
Vxkq/#:8<#Q1Z 1#5g#879#+V1G1#533;,#ydfdwlqj#frqylfwlrq#iru#glvrughvol|#frqgxfw#iru#vkrxwlqj#
revfhqlwlhv#dw#srolfh#riilfhuv,1

:#Vhh#Flw|#ri#Krxvwrq#y1#Kloo/#7;5#X1V1#784/#795096#+4<;:,#krogqlqj#wkdw#vwdwxwh#surklelwlqj#
yhuedoo|#rssrvlqj#p ohvwlqj/#dexvlqj/#ru#lqwhuuxswlqj#srolfhp hq#z dv#xqfrqvwlwxwlrqdo#
ehfdxvh#Šwkh#iuhhgrp #ri#lqglylgxdov#yhuedoo|#wr#rssrvh#ru#fkdoohqjh#srolfh#dfwlrq#z lwkrxw#
wkhuh#|#ulvnlqj#duuhvw#lv#rqh#ri#wkh#sulqflsdo#fkdudfwhulvwlfv#e|#z klfk#z h#glvwlqjxlvk#d#iuhh#
qdwlrq#irp #d#srolfh#vwdwhõ,1

;#Kloo/#7;5#X1V1#dw#74091##

<#Lg1#dw#795=#dffrug#Hqorz #y1#Wlvkrp lqjr#Fqw|1#k95#I5g#834/#83<#+8wk#Flu1#4<<5,#krogqlqj#
wkdw#wkh#iljkwlqj#zrugv#grfwulqh#zdv#sduwlfxoduo|#gliilfxow#wr#phhw#zkhq#wkh#dxglhqfh#lv#d#
odz #hqirufhp hqw#riilfhu,#Sd|qh#y1#Sdxoh//#66=#I6g#:7/#:9#+:wk#Flu1#5336,#ŠÝWkh#Iluvw#
Dp hqgp hqw#surwhfw#hyhq#suridqlw|#0oghq#vshhfk#gluhfwhg#dw#srolfh#riilfhuv1Srolfh#riilfhuv#
uhdvrqdeo|#p d|#eh#h{shfwhg#wr#h{huflvh#d#kljkhu#ghjuhh#ri#uhvwudlqw#wkdq#wkh#dyhudjh#flwl}hq#
dqg#vkrxog#eh#dhvv#olnho|#wr#eh#suryrnhg#lqwr#p lvehkdylru#e|#vxfk#vshhfkõ,#Xqlwhg#Vwdwhv#y1#

Dunn's words as potential violations of the statute at issue if you find beyond a reasonable doubt that they in fact inflicted injury or tended to incite an immediate breach of the peace by the officers to whom they were addressed.

## II. DEFINITION OF RESISTS, OPPOSES, IMPEDES, INTIMIDATES, OR INTERFERES WITH

The terms "resist," "oppose," "impede," "intimidate," and "interfere with" are not as broad as their everyday, ordinary meanings. I instruct you that none of the terms can be satisfied by Mr. Dunn's speech and instead only conduct can constitute resisting, opposing, impeding, intimidating, or interfering with.[10]

To "resist" means to oppose by physical power, striving against, exerting one's self to counteract, defeat, or frustrate.[11]

To "oppose" means to resist by physical means.[12]

---

[10] Hazelwood, 500 W.L.8888,6,at 11 W.D. Tex. June 20, 2007, vacating disorderly conduct conviction because defendant's profane outburst at police were not fighting words and therefore could not constitutionally be the basis of a conviction).

[11] In addition to the sources of authority cited in Instruction I, see In re EDP, 873 A.2d 1070, 1079 D.C. 1990, in response to First Amendment objection, the Court held that a statute prohibiting "impeding" or "interfering" with a police officer would be narrowly construed to physical conduct rather than speech, "Redrob [] 7447 [Speech]" is not enough to constitute "resisting" or "interfering".

[12] Sand Model Instr. 1709 "The word 'resist' means opposing by physical power, striving against, exerting oneself to counteract, defeat, or frustrate." See also Redrob [] 7447 "Resisting" or "Interfering" requires active confrontation, obstruction, or action directed against the officer that precluded the officer from carrying out his/her official duties".

[13] Sand Model Instr. 1707 "'opposes' means to resist by physical means".

To "impede" means stopping progress, obstructing, or hindering by physical means.[13]

To "intimidate" means to engage in conduct that would have caused any police officer in the situation of the agent reasonably to be in fear and that could prevent any agent in that situation from performing his/her duties.[14]

To "interfere with" means to come into collision with or to intermeddle with by physical means.[15]

Respectfully submitted,

/s/
Sabrina P. Shroff, D.D.C. Bar No. N Y0484,
80 Broad Street, 19th Floor
New York, NY 10004
Tel 646.763.1490
sabrinashroff@gmail.com

Julia Gatto Pro Hac Vice,
STEPTOE LLP
1114 Avenue of the Americas
New York, New York 10036
Tel 212.506.3900
jgatto@steptoe.com

---

[46] See Sand Model Instr. 14-7: "'Im pede' means stopping progress, obstructing, or hindering"; In re GP, 836 A.2d 307, 309, D.C. 1990, in response to First Amendm hent objection, the Court held that a statute prohibiting "im peding" or "interfering" with a police officer would be narrowly construed to physical conduct rather than speech).

[47] Redron, 1411 "An am e of defendant' intim idated a police officer is/the engaged in conduct that would have caused any police officer in the situation of cam e of com plainant' reasonably to be in fear and that could prevent an y police officer in that situation from perform ing his/other duties.").

[48] See Sand Instr. 14-7: "'Interfere with' m eans to com e into collision with, to interm eddle, to hinder, to interpose, to intervene"; See also Coity of Houston v. Hill, 482 U.S. 451, 4657 (1987, statute criminalizing mere words that interfere with an officer held unconstitutional); Redron 1411 noting that speech cannot constitute interfering and there m ust be active confrontation, obstruction, or action).

Dated: November 2, 2025

Nicholas Silverman, D.D.C. Bar No. 1034777
STEPTOE LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
Tel: (202) 429-6000
nsilverman@steptoe.com

Counsel for Defendant
Sean Charles Dunn