CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

United States of America

vs.

Sean Charles Dunn

Civil/Criminal No.: CR 25-252 (CJN)

## NOTE FROM JURY

PLEASE DEFINE "BODILY HARM" IN CONTEXT OF PARAGRAPH 3 PAGE 26 JURY INSTRUCTIONS.

HOW IS "INJURY" DIFFERENT FROM "BODILY HARM"?

Date: 11/6/2025

Time: 10:14 AM

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

United States of America

vs.

Sean Charles Dunn

Civil/Criminal No.: CR 25-252 (CJN)

**NOTE FROM JURY**

WE HAVE REACHED A VERDICT

Date: 11/6/2025

Time: 1:54 PM